■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GATLING, Appellant. [4 NYS3d 485]—

Judgment, Supreme Court, New York County (Thomas Farber, J.), rendered February 26, 2013, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree, and sentencing him to a term of one year, unanimously affirmed.

Defendant made a valid waiver of his right to appeal (*see People v Lopez*, 6 NY3d 248 [2006]). The court did not conflate the right to appeal with the rights automatically forfeited as the result of a guilty plea, it expressly stated that by pleading guilty a defendant does not give up the right to appeal, and it explained that, in return for the negotiated plea and sentence, defendant was additionally agreeing to waive his right to appeal (*see e.g. People v Chavez*, 84 AD3d 630 [1st Dept 2011], *lv denied* 17 NY3d 858 [2011]). Defendant also executed a written waiver.

This waiver forecloses defendant's suppression claims. As an alternative holding, we also reject them on the merits. The search warrant was based on probable cause. Concur—Friedman, J.P., Renwick, Moskowitz, Richter and Clark, JJ.